LUIS A. SANCHEZ, ET AL. v. STATE FARM INSURANCE COMPANY, ET AL.

May 8, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES LONNIE MCCOY.

May 8, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ALVATON BETHEA.

May 8, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN C. MCDOUGALL.

May 8, 1989.

Petition for certification denied.